UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH VIGLIONE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 23-11427 |
| | ) | |
| MITAL PATEL d/b/a BRIOPRINTS, | ) | |
|     Defendant | ) | |

## COMPLAINT AND JURY DEMAND

### PARTIES

1. Plaintiff Keith Viglione ("Viglione") is an individual residing in Newburyport, Massachusetts.

2. Mital Patel d/b/a BrioPrints ("Patel") is an individual with a business located in Waltham, Massachusetts.

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 1337 and 1338 because this case arises under the Federal Copyright Act, 17 U.S.C. §101, et seq.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c) because Viglione's cause of action arose and Viglione has been injured in this judicial district, and because Defendant is targeting Massachusetts customers through its website and social media pages.

FACTS

A. The Plaintiff, His Photography Business and Copyright Registrations.

5. Since at least as early as 2014, Viglione has been a professional photographer.  While Viglione has photographed thousands of subjects, his particular focus is on photographing iconic Massachusetts images.  These iconic images include, without limitation, an image of the Boston skyline taken from East Boston (the "Boston Skyline from Eastie" Work).  This image was taken by Viglione in 2018.

6. Although Viglione publicly displays his works at his website, social media platforms, and elsewhere, Viglione takes significant steps to protect his rights in his original works. Viglione has registered copyrights for virtually all of his photographs with the United States Copyright Office, including the Boston Skyline from Eastie image.  That copyright registration certificate is attached to this complaint as Exhibit A.

7. Additionally, Viglione vigorously protects his intellectual property rights by entering into voluntary licensing agreements with those seeking to use his copyrighted works, and by pursuing infringements of his works.

8. In short, Viglione has developed significant goodwill and value in his works, which are well-known and sought after throughout the region.

B. The Defendant's Infringing Activities and Refusal to Pay a Licensing Fee.

9. In July of 2020, Viglione learned that a website for a dental practice had used without permission an image of Viglione's Boston Skyline from Eastie Work.  The infringing image is attached hereto as Exhibit B.

10.  Viglione subsequently learned that Defendant was the web designed for the dental practice, and was responsible for the unauthorized use of Viglione's Work.

2

11. While the infringing image was removed from the website, Defendant has not agreed to pay or paid any licensing fee for his use of the image, as requested by Viglione and his counsel.

12.  Upon information and belief, Defendant copied the copyrighted work from Viglione's website or social media platforms in order to create the infringing work.

13. Upon information and belief, Defendant created the infringing work to use for his own commercial purposes.

14. Defendant was never authorized to use Viglione's copyrighted Work.

COUNT I
COPYRIGHT INFRINGEMENT
17 U.S.C. § 501

15. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 14 of the complaint.

16. Viglione is the owner of the exclusive copyright in his Work identified in paragraph 5 above.

17. The Register of Copyrights issued a certificate of registration for the work, and the certificate of registration is attached hereto as Exhibit A.

18. Defendant copied Viglione's copyrighted Work and created the infringing work without authorization.

19. Defendant displayed the infringing works for his own commercial purpose.

20. Defendant's infringement of Viglione's copyrighted Work caused harm to Viglione.

WHEREFORE, Plaintiff Keith Viglione prays that this Court:

1. Enter judgment in favor of Plaintiff on Count I of the complaint;

2. Award Plaintiff actual damages pursuant to 17 U.S.C. § 504 in an amount to be

determined at trial;

    3. Award Plaintiff statutory damages pursuant to 17 U.S.C. § 504;

    4. Award Plaintiff attorneys fees and costs pursuant to 17 U.S.C. § 505;

    5. Award Plaintiff interest on judgment as provided for by law; and

    6. Award such further relief as the Court deems just and appropriate.

Jury Demand

The Plaintiff demands a trial by jury on all issues so triable.


                      KEITH VIGLIONE,
                      By his attorney,


                      ___/s/ Thomas E. Kenney_____
                      Thomas E. Kenney (#561590)
                      Pierce & Mandell, P.C.
                      11 Beacon Street, Suite 800
                      Boston, MA 02108
                      (617) 720-2444
                      tom@piercemandell.com

Dated: June 27, 2023

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Stong*

Acting United States Register of Copyrights and Director

Registration Number

**VA 2-196-971**

**Effective Date of Registration:**
December 18, 2019
**Registration Decision Date:**
March 26, 2020

---

### Title

| | |
|---|---|
| Title of Work: | Boston Skyline from Eastie |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | April 21, 2018 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Keith Viglione |
| Author Created: | photograph |
| Work made for hire: | No |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Keith Viglione |
| | 38 Phillips Drive, Newburyport, MA, 01950 |

### Rights and Permissions

| | |
|---|---|
| Name: | Keith Viglione |
| Email: | keith.viglione@me.com |
| Telephone: | (978)361-6412 |

### Certification

| | |
|---|---|
| Name: | Keith Viglione |
| Date: | December 18, 2019 |

Page 1 of 2

# EXHIBIT B

